## GARNER ANTHONY *v.* HILO ELECTRIC LIGHT COMPANY, LTD.

### No. 4601.

June 25, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO, LEVINSON, JJ., AND CIRCUIT JUDGE LAURETA IN PLACE OF ABE, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Robert E. Bethea* (*Carlsmith, Carlsmith, Wichman & Case* of counsel) for the petition.